## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>                    v.<br><br>THE WOOL INSTITUTE, INC.,<br>      Defendant. | In Equity No. 54-141 |

## MOTION OF THE UNITED STATES TO
## TERMINATE A LEGACY ANTITRUST JUDGMENT

Plaintiff, United States of America ("United States"), moves to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As explained in the accompanying United States' Memorandum of Law in Support of its Motion to Terminate a Legacy Antitrust Judgment, the United States has concluded that because of age and changed circumstances since its entry, this decades-old judgment no longer serves to protect competition. The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgment in the above-captioned case; it received no comments opposing termination. For these and other reasons explained in the accompanying memorandum, the United States requests that this judgment be terminated.

Respectfully submitted,

Dated: January 16, 2020         /s/ Barry L. Creech
                                Barry L. Creech (DC Bar No. 421070)
                                Trial Attorney
                                Antitrust Division
                                United States Department of Justice
                                450 Fifth St., NW; Suite 4042
                                Washington, DC 20530
                                Telephone: (202) 307-2110
                                Facsimile:   (202) 307-5802
                                Email:  barry.creech@usdoj.gov